

# Memorandum
## U.S. Probation Office
## Northern District of West Virginia

**To:** The Honorable Robert W. Trumble, United States Magistrate Judge

**From:** Michael C. DeHaven, U. S. Probation Officer

**CC:** John C. Miller, Supervising U. S. Probation Officer
Lara K. Omps-Botteicher, Assistant United States Attorney
Barry P. Beck, Defense Counsel

**Date:** March 2, 2018

**Re:** BIERMANN RUZ, Kenneth – 3:18MJ21-1

---

On February 14, 2018, the above named defendant appeared before United States Magistrate Judge Robert W. Trumble, for a scheduled detention hearing. The defendant was granted release on bond, but was ordered to be held in the custody of the United States Marshals Service pending verification of installation of landline telephone service at his proposed residence.

The probation office was able to verify installation of landline phone service at the defendant's residence on March 1, 2018, and notified the Court that the defendant had satisfied that requirement. That same date, the Court ordered the defendant to be released from Eastern Regional Jail at 9:00 a.m. on March 2, 2018.

On March 2, 2018, prior to the defendant's release from custody, the probation office discovered that the defendant's landline phone service was not operating properly, apparently due to high winds overnight in the local community. The court was notified of the probation office's inability to place the defendant on location monitoring due to the disruption in his phone service.

Immediately prior to the defendant's departure from the probation office at approximately 12:55 p.m. on March 2, 2018, this writer again called his landline telephone number. The line failed to ring. The defendant has been instructed to travel directly to and remain at his residence, barring a medical emergency, until his location monitoring equipment can be installed.